UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By tblanchard at 9:50 am, Mar 29, 2018

| | |
|---|---|
| EARL JASON LARISCEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CV618-016 |
| ) | |
| UNITED STATES ATTORNEY, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Earl Lariscey filed an ambiguous document, presenting potential habeas or civil rights claims. *See* doc. 1 (document captioned "Writ of Habeas Corpus"); doc. 3 at 2-6 (detailing ambiguities in the nature of the claim asserted). He also filed a document that requested to proceed "*pro se*," but might have been intended to request leave to proceed *in forma pauperis*. *See* doc. 2. The Court gave him twenty-one days to supplement and clarify his filings. *See* doc. 3 at 6. That period has passed without any supplement from Lariscey. Accordingly, the Court should **DISMISS** this case on abandonment grounds. *See* Fed. R. Civ. P. 41(b); Local Rule 41.1(c); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116,

1

120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of

2

rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 29th day of March, 2018.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA