UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| EARL JASON LARISCEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV618-016 |
| UNITED STATES ATTORNEY, SOUTHERN DISTRICT OF GEORGIA, | ) | |
| Defendant. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the R&R is ADOPTED, and this case is DISMISSED without prejudice.

ORDER ENTERED at Augusta, Georgia, this 21st day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA